# United States Court of Appeals
### For the Eighth Circuit
_____

No. 21-3665
_____

Marco Anthony Guirlando

*Plaintiff - Appellant*

v.

Union County Jail, also known as Union County Detention Center; Captain
Richard Mitcham; Ricky Roberts, Sheriff, Union County; Lt. Kevin Pendleton; Dr.
Deanna Hopson; Nurse Sherie Rice; Lt. Paul Kugler; Lt. Billy Perry; Sgt. John
Ward; Sgt. Jedidiah Cotton

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Western District of Arkansas - El Dorado
_____

Submitted: November 1, 2022
Filed: November 4, 2022
[Unpublished]
_____

Before COLLOTON, MELLOY, and KOBES, Circuit Judges.
_____

PER CURIAM.

Marco Guirlando appeals following the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. After careful review of the record and the arguments properly before us, we find no basis for reversal. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Susan O. Hickey, Chief Judge, United States District Court for the Western District of Arkansas, adopting the report and recommendations of the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.